■ MARY E. STAJK et al., Appellants, v DANSKIN, INC., et al., Respondents. [670 NYS2d 344] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Colabella, J.), entered December 10, 1996.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Colabella at the Supreme Court. Ritter, J. P., Thompson, Goldstein and McGinity, JJ., concur.